Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   rcweems@weemslawoffices.com

Attorneys for Plaintiff,
   RODNEY ALLEN BRYANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ALLEN BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-01934-KJN<br><br>STIPULATION AND ORDER AWARDING EAJA FEES<br>AND ORDER |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees and expenses in the amount of: SIX THOUSAND, TWO HUNDRED DOLLARS and NO CENTS ($6,200.00)

   Such award is made under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), with costs in the amount of no Dollars ($0.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

   After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. (See, Attachment 1.) Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine

whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to the Robert C. Weems, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all existing claims that Plaintiff and/or Plaintiff's counsel, including the Weems Law Offices, may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

SO STIPULATED AND AGREED, April 26, 2016.

| WEEMS LAW OFFICES | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH L. STACHEL<br>Acting Regional Chief Counsel<br>U.S. Social Security Administration |
|---|---|
| /s/Robert C. Weems<br>ROBERT C. WEEMS,<br>Attorney for Plaintiff,<br>RODNEY ALLEN BRYANT | By: /s/ Armand Roth<br>ARMAND ROTH<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security |

ORDER

PURSUANT TO THE TERMS OF THE FOREGOING STIPULATION OF THE PARTIES, DEFENDANT SHALL PAY TO PLAINTIFF OR PLAINTIFF'S COUNSEL THE AMOUNT OF SIX THOUSAND, TWO HUNDRED DOLLARS and NO CENTS ($6,200.00) AS AN AWARD FOR FEES AND COSTS PURSUANT TO 28 U.S.C. §§ 2412(d) AND 1920.

SO ORDERED:

Dated:  April 26, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE